IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00415-MEH

THE WESTERN SUGAR COOPERATIVE,

      Plaintiff,

v.

AVENTINE RENEWABLE ENERGY, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2015.**

The Joint Motion for Protective Order and F.R.E. 502(d) Order [filed April 30, 2015; docket #19] is **denied without prejudice**.  The parties are granted leave to submit a revised proposed protective order containing the mechanism by which the parties may challenge the designation of information as confidential *that is consistent* with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000).  In addition, the parties shall submit to Chambers a copy of the revised proposed protective order in useable format (Word, WordPerfect) by email at hegarty_chambers@cod.uscourts.gov.

In addition, the parties shall incorporate the content of the proposed order regarding Fed. R. Evid. 502(d) into the proposed protective order.