IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00415-MEH

THE WESTERN SUGAR COOPERATIVE,

     Plaintiff,

v.

AVENTINE RENEWABLE ENERGY, INC.,

     Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2015.**

     The Joint Motion for Protective Order [filed May 5, 2015; docket #22] is **granted**.  The parties' Proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.