IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00415-MEH

THE WESTERN SUGAR COOPERATIVE,

    Plaintiff,

v.

AVENTINE RENEWABLE ENERGY, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2015.**

    Defendant's Supplemental Statement of Name Change and Unopposed Motion to Amend Case Caption [filed July 28, 2015; docket #28] is **granted**. The Clerk of the Court is directed to amend the case caption to reflect Defendant's new name: "Pacific Ethanol Pekin, Inc. f/k/a Aventine Renewable Energy, Inc."