IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00415-MEH

THE WESTERN SUGAR COOPERATIVE,

      Plaintiff,

v.

PACIFIC ETHANOL PEKIN, INC., f/k/a/ Aventine Renewable Energy, Inc.

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2016.**

For good cause shown, the Joint Motion to Modify Scheduling Order [filed April 15, 2016; docket #37] is **granted**. Paragraph 9 of the Scheduling Order shall be modified as follows:

b.      The discovery cut-off is June 16, 2016.

Additionally, in the interest of judicial efficiency, the Court further modifies the Scheduling Order as follows:

c.      The deadline for filing dispositive motions is July 14, 2016.

In addition, the Final Pretrial Conference currently scheduled in this case for July 14, 2016, is **vacated** and **rescheduled** to **September 8, 2016,** at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures  must be submitted in a useable format (i.e.,  WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form**

**which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).